JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RENARD REECE YOUNG, | ) | CASE NO. ED CV 15-0455-PA (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| DANIEL PARAMO, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 13, 2015.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

**JS-6**